IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALLICE F. JACKSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LEHIGH VALLEY PHYSICIANS | : | |
| GROUP, | : | |
| Defendant. | : | NO. 08-3043 |

## **ORDER**

AND NOW, this 20th day of April 2010, upon consideration of the Motion for Summary Judgment (Docket No. 35) and response thereto, it is hereby ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART, as set forth in the accompanying Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge