IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALLICE F. JACKSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LEHIGH VALLEY PHYSICIANS | : | |
| GROUP, | : | |
| Defendant. | : | NO. 08-3043 |

ORDER

AND NOW, this 29th day of September, 2010, upon consideration of the Plaintiff's

Motion for Leave to Amend her Complaint (Docket No. 51), the response thereto (Docket No.

56), and following a conference with the parties on September 27, 2010, it is hereby ORDERED

that the motion is GRANTED, and Plaintiff's Second Amended Complaint (Docket No. 52-1) is

deemed filed as of the date of this Order.

IT IS FURTHER ORDERED that, for reasons discussed with counsel during the

aforementioned conference, the parties will not include references in their opening statements at

trial concerning punitive damages.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge